IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 16-mj-90112-GEB-1 |
| v. | ) |
| | ) |
| JESSICA D. KECK, | ) |
| Defendant. | ) |

**ORDER DENYING MOTION FOR EXPUNGEMENT OF CONVICTION**

The Defendant was convicted of misdemeanor disorderly conduct by Order entered on November 8, 2016. Now before the Court is her *pro se* motion for expungement of that conviction.

There is no federal statute which allows the Court jurisdiction to consider an expungement of this conviction, and that relief is not within the inherent, or ancillary, jurisdiction of the Court. While there is support for expunging a conviction which has been invalidated under extreme circumstances, and there is statutory authority for expunging certain first-time drug offenses, the Court does not have the power to grant expungement of a valid conviction because the conviction is interfering with the Defendant's life, or because she regrets her decision to plead guilty. ***United States v. Pinto***, 1 F.3d 1069 (10th Cir. 1993).

The motion is DENIED.

Dated August 15, 2017.

s/ Kenneth G. Gale
Kenneth G. Gale
United States Magistrate Judge